NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD A. MCGEE,**
*Petitioner,*

v.

**DEPARTMENT OF THE AIR FORCE,**
*Respondent.*

---

2009-3263

---

Petition for review of the Merit Systems Protection Board in CH0752080403-I-1.

---

## ON MOTION

---

## ORDER

Richard A. McGee moves to reinstate his petition for review and for a 30-day extension of time to file a joint appendix. The Department of the Air Force responds.

IT IS ORDERED THAT:

(1) The motion to reinstate will be granted, the mandate will be recalled, the dismissal order will be vacated, and the appeal will be reinstated, if McGee files a cor-

rected joint appendix within 14 days of the date of filing of this order.

(2) The motion for an extension of time is denied.

FOR THE COURT

**MAY 1 6 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Lawrence J. Fleming, Esq.
Renee Gerber, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

**MAY 1 6 2011**

**JAN HORBALY
CLERK**